# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON
**Case Number:** 4:04-bk-04721-JMM    **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, NOVEMBER 03, 2004 11:00 AM   SUITE 3-150
**Bankruptcy Judge:** JAMES M. MARLAR
**Courtroom Clerk:** CINDY TURNBULL
**Reporter / ECR:** BEVERLY GRANILLO

### Matters:

1) APPLICATION TO EMPLOY ATTORNEYS FOR THE OFFICIAL CREDITORS' COMMITTEE OF TORT CREDITORS
   R / M #:   91 / 0

2) FINAL HEARING ON THE FORM OF NOTICE
   R / M #:   0 / 0

3) APPOINTMENT OF LEGAL REPRESENTATIVE FOR FUTURE TORT CLAIMANTS
   R / M #:   69 / 0

4) APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT THE INTEREST OF MINORS
   R / M #:   71 / 0

### Appearances:

SUSAN G BOSWELL AND KASEY NYE, ATTORNEY FOR ROMAN CATHOLIC CHURCH OF THE DIOCESE OF TUCSON
C. TAYLOR ASHWORTH, ATTORNEY FOR TORT CLAIMANTS' COMMITTEE
NANCY J MARCH, ATTORNEY FOR ST. PAUL TRAVELERS INSURANCE CO.
CHRISTOPHER J PATTOCK, ATTORNEY FOR ATTY U. S. TRUSTEE
ILENE LASHINSKY, U. S. TRUSTEE
MICHAEL MCGRATH, ATTORNEY FOR 76 ROMAN CATHOLIC PARISHES
CLIFFORD ALTFELD, ATTORNEY FOR 24 PLAINTIFFS IN THE SUPERIOR COURT LAWSUIT
JON SAFFER, ATTY PACIFIC EMPLOYERS INSURANCE CO.
PATRICK MAXCY, ATTY FOR PACIFIC EMPLOYERS INSURANCE CO.
LYNNE CADIGAN AND KIM WILLIAMSON, ATTORNEYS FOR 24 UNSECURED CLAIMANTS ALLEGING SEXUAL ABUSE ARE PRESENT IN THE COURTROOM
CHARLES ARNOLD, PROPOSED GUARDIAN AD LITEM
A. BATES BUTLER, III, PROPOSED FUTURE CLAIMANTS REPRESENTATIVE
REGINALD LEWIS, VICTIM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    4:04-bk-04721-JMM            WEDNESDAY, NOVEMBER 03, 2004 11:00 AM

## *Proceedings:*

ITEM #1:  THE COURT NOTES THERE HAVE BEEN NO OBJECTIONS.

MR. ALTFELD STATES THERE HAVE BEEN NO OBJECTIONS, BUT THE U. S. TRUSTEE IS REQUESTING MORE INFORMATION, AND THAT WILL BE SUPPLIED.

MR. PATTOCK RENDERS A BRIEF UPDATE.

COURT: THE ORDER HAS ALREADY BEEN SIGNED, TODAY'S HEARING DEALS WITH AN EXTENSION OF TIME TO ALTER OR AMEND THAT ORDER OR TO SET IT ASIDE. ALL PARTIES ARE IN AGREEMENT TO THIS AS LONG AS IT IS WITHIN A REASONABLE AMOUNT OF TIME. IF A PROBLEM ARISES, THE COURT WILL SET A HEARING.

ITEM #2: MS. BOSWELL STATES THE FORMS HAVE BEEN CIRCULATED SEVERAL TIMES. THE SPANISH VERSION WAS CREATED JOINTLY BY THE DIOCESE, AND SOMEONE IN HER OFFICE.

THE COURT WANTS THE U. S. TRUSTEE'S OFFICE TO VERIFY THE SPANISH VERSION IN ORDER TO AVOID ANY ERRORS.

MS. BOSWELL CONCURS, AND DISCUSSES THE MAPS INCLUDED IN THE NOTICES.

MR. PATTOCK STATES THESE ARE ACCEPTABLE TO THE U. S. TRUSTEE'S OFFICE.

COURT: THE FORMS OF NOTICES ARE APPROVED, SUBJECT TO THE SPANISH VERSION BEING REVIEWED BY THE U. S. TRUSTEE.

THE COURT DOES NOT WANT TO DELAY THIS, MS. BOSWELL IS TO GO AHEAD AND START THE PUBLICATION PROCESS. SHE IS TO SUBMIT A HARD-COPY OF THE ORDER, AND THE CLERK'S OFFICE WILL SCAN IT INTO THE SYSTEM.

ITEMS #3 & #4: THE COURT HAS ELECTED TWO ATTORNEYS WITH EXCELLENT EXPERIENCE, CHARLES ARNOLD FROM PHOENIX, AND A. BATES BUTLER, III FROM TUCSON. ARE THERE ANY OBJECTIONS?

MR. LEWIS COMES FORWARD AND STATES HE IS NOT GOING TO FILE A CLAIM IN THIS CASE, BUT WANTS EVERYONE TO KNOW THAT THERE ARE UNDISCOVERED VICTIMS, AND MR. BUTLER NEEDS TO BE ABLE TO LOOK FOR THESE PEOPLE. HE FEELS THE COURT NEEDS TO EXPAND THE 'FUTURE TORT CLAIMANTS' CATEGORY.

COURT: MR. LEWIS DOES NOT HAVE A STANDING IN THIS CASE IF HE IS NOT GOING TO FILE A CLAIM. THERE ARE RULES AND PROCEDURES TO FOLLOW. IF MR. LEWIS FEELS THE COURT HAS MADE AN ERROR, HE WILL HAVE TEN DAYS TO FILE AN APPEAL. THE COURT NEEDS TO FOLLOW THE LAW.

MR. LEWIS STATES HE FEELS HE HAS A CLAIM, BUT HE DOESN'T WANT THE MONEY. HE FEELS THE CHURCH HAS MISSTATED THE FACTS IN THIS CASE.

THE COURT REFERS MR. LEWIS TO 'IN RE FONDILLER' 707 F.2D 441,442-43 (9TH CIR. 1983) THE NINTH CIRCUIT COURT OF APPEALS DECISIONS BIND THIS COURT, AS DO THE DECISIONS FROM THE U. S. SUPREME COURT. IN THE FONDILLER CASE, A PARTY IN A BANKRUPTCY CASE ONLY HAS LEGAL STANDING TO BE HEARD IF HE HAS AN ACTUAL MONEY INTEREST. WITHOUT A MONEY CLAIM, MR.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   4:04-bk-04721-JMM   WEDNESDAY, NOVEMBER 03, 2004 11:00 AM

LEWIS DOES NOT HAVE STANDING.

MS. MARCH WANTS CLARIFICATION OF THE LANGUAGE IN THE ORDER REGARDING THE GUARDIAN AD LITEM.

THE COURT CLARIFIES THE ORDER, AND DOES NOT WANT TO EXCLUDE ANYONE. THE APPOINTMENT OF MR. BUTLER AND MR. ARNOLD WILL BE APPROVED UNCONDITIONALLY AT THIS TIME.