THIS ORDER IS
APPROVED.



**Dated: November 10, 2004**

_signature_

**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON aka THE DIOCESE OF TUCSON, an Arizona corporation sole,<br><br>Debtor. | Chapter 11<br><br>No. 4-04-bk-04721-JMM<br><br>ORDER AUTHORIZING EMPLOYMENT OF FENNEMORE CRAIG AS COUNSEL FOR A. BATES BUTLER III, THE UNKNOWN CLAIMS REPRESENTATIVE |

    The Court has reviewed the Application to Employ Fennemore Craig as counsel for A.

Bates Butler III as the Unknown Claims Representative ("Application") and Verified Statement of

Cathy L. Reece in support of the Application. The Court is satisfied that Fennemore Craig

consists of attorneys duly admitted to practice in this Court, and the Court is satisfied that

Fennemore Craig is disinterested and represents no interest adverse to the Unknown Claims

Representative in the matters upon which it is to be engaged, that its employment is necessary and

is in the best interest of the estate, and for good cause appearing,

    IT IS HEREBY ORDERED that the Unknown Claims Representative is authorized to

employ Fennemore Craig to serve as counsel to the Unknown Claims Representative, on the

terms stated in the Application, in the above-captioned case, effective October 27, 2004.

    IT IS FURTHER ORDERED that no compensation shall be paid to Fennemore Craig

except upon appropriate application and notice and that such appliation shall be in compliance

FENNEMORE CRAIG
A PROFESSIONAL CORPORATION
PHOENIX

1   with the Court's Order of October 27, 2004.

2        DATED this _____ day of November, 2004.

3

4

5                                 THE HONORABLE JAMES M. MARLAR

6                                 UNITED STATES BANKRUPTCY JUDGE

7

8   1601329.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG
A PROFESSIONAL CORPORATION
PHOENIX

- 2 -