1  McEVOY, DANIELS & DARCY, P.C.
   Camp Lowell Corporate Center
2  4560 East Camp Lowell Drive
   Tucson, Arizona 85712
3  Telephone: (520) 326-0133
   Fax: (520) 326-5938
4
   Sally M. Darcy
5  e-mail: darcysm@aol.com

**THIS ORDER IS APPROVED.**

**Dated: January 10, 2005**



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 11 Proceedings |
| | ) |
| THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON aka THE DIOCESE OF TUCSON, an Arizona corporation, | ) No. 4:04-bk-04721-JMM ) ) ) |
| | ) ORDER AUTHORIZING |
| | ) EMPLOYMENT OF **McEVOY,** |
| | ) **DANIELS & DARCY, P.C.**, AS |
| Debtor. | ) COUNSEL FOR A. BATES BUTLER III, |
| | ) THE UNKNOWN CLAIMS |
| | ) REPRESENTATIVE |

The Court, having reviewed the Application for Approval of Employment of McEVOY, DANIELS & DARCY, P.C., as counsel for A. Bates Butler III, the Unknown Claims Representative, and the Verified Statement of Sally M. Darcy in support of the application, the Court being satisfied that McEVOY, DANIELS & DARCY, P.C., consists of attorneys duly admitted to practice in this Court, attorneys who have no interest adverse to the Debtor herein, or to the estate in the matters upon which it is to be engaged, that its employment is necessary and is in the best interest of the estate, and for good cause appearing,

IT IS HEREBY ORDERED that A. Bates Butler III, the Unknown Claims Representative, is authorized to employ McEVOY, DANIELS & DARCY, P.C., to serve as is attorney on the terms stated in the Application, effective December 14, 2004.

1  IT IS FURTHER ORDERED that no compensation shall be paid to McEVOY,
2  DANIELS & DARCY, P.C., except upon appropriate application and notice, and that such
3  application shall be in compliance with the U.S. Trustee's Guidelines.
4  DATED this _____ day of January, 2005.



                                    _____
                                    Honorable James M. Marlar
                                    U.S. BANKRUPTCY JUDGE

Unconformed copy of the foregoing mailed this
6th day of January, 2005, to:

All parties listed on the attached Exhibit A